**Opinion filed February 28, 2019**



In The

# Eleventh Court of Appeals

_____

## No. 11-19-00033-CV

_____

## CARLOS FLORES, Appellant

## V.

## MARISOL CARAPIA, Appellee

**On Appeal from the County Court at Law No. 2
Ector County, Texas
Trial Court Cause No. CC2-26,129**

### M E M O R A N D U M   O P I N I O N

This case involves the divorce of Carlos Flores and Marisol Carapia and the custody of their two children. The trial court signed an agreed decree of divorce in this case on January 11, 2016. The trial court subsequently signed an enforcement order on July 27, 2017. Flores filed this appeal on January 30, 2019. In his notice of appeal, Appellant complains of various acts of the trial judge and Carapia, including the alleged January 9, 2015 theft of property and exploitation of children.

When the appeal was docketed, we notified Flores by letter that it did not appear that this court had jurisdiction over this appeal. We directed Flores to respond on or before February 14, 2019, and show grounds to continue this appeal. In the letter, the clerk of this court informed Flores that this appeal may be dismissed absent a response. *See* TEX. R. APP. P. 42.3. As of this date, Appellant has not filed a response.

The documents on file in this court reflect that Flores's notice of appeal was not filed in a timely manner. *See* TEX. R. APP. P. 26.1. Absent a timely notice of appeal, this court is without jurisdiction to consider this appeal. *See Wilkins v. Methodist Health Care Sys.*, 160 S.W.3d 559, 564 (Tex. 2005); *Garza v. Hibernia Nat'l Bank*, 227 S.W.3d 233 (Tex. App.—Houston [1st Dist.] 2007, no pet.); *see also Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

Accordingly, we dismiss this appeal for want of jurisdiction.

PER CURIAM

February 28, 2019

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.